FILED: July 15, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1698

(13-0573)

_____

HUNTINGTON INGALLS INDUSTRIES, INCORPORATED, f/k/a Northrup Grumman Shipbuilding, Incorporated

        Petitioner

v.

RICKY N. EASON; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

        Respondents

---

This case has been opened in this court.

| | |
|---|---|
| Originating Court | Benefits Review Board |
| Originating Case Number | 13-0573 |
| Date Petition Filed: | 07/14/2014 |
| Petitioner(s) | Huntington Ingalls Industries, Inc. |
| Appellate Case Number | 14-1698 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |