UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

HUNTINGTON INGALLS
INDUSTRIES,
       Petitioner,
v.                                  Case No:     14-1698
RICKY N. EASON,
       Respondent,
and
DIRECTOR, OWCP,
       Party in Interest.

## MOTION TO EXTEND
## BRIEFING AND APPENDIX DEADLINE

Now comes the appellant, Huntington Ingalls Incorporated, by counsel, and respectfully submits this unopposed motion for a continuance of the brief deadline to September 25, 2014. Other parties to the appeal have been informed of the intended filing of this motion, to which the other parties have no objection.

As cause therefore, the Petitioner seeks additional time within which to prepare a joint designation and joint appendix prior to undertaking briefing, in order to facilitate the briefing process more efficiently.

Respectfully submitted,

HUNTINGTON INGALLS INCORPORATED,
By_____/s/_____
  Jonathan H. Walker, Esquire (VSB No. 24300)
  Mason, Mason, Walker & Hedrick, P.C.
  11848 Rock Landing Drive, Suite 201
  Newport News, VA 23606
  Telephone:  (757) 873-3909
  Facsimile:  (757) 873-1781
  jwalker@masonwalker.com

## CERTIFICATE OF SERVICE

     I hereby certify that on <u>August 21, 2014</u> the foregoing Motion to Extend Briefing and Appendix Deadline was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

By: _____/s/_____
Jonathan H. Walker, Esquire (VSB No. 24300)
Mason, Mason, Walker & Hedrick, P.C.
11848 Rock Landing Drive, Suite 201
Newport News, VA 23606
Telephone: (757) 873-3909
Facsimile: (757) 873-1781
jwalker@masonwalker.com