FILED: October 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1698

(13-0573)

_____

HUNTINGTON INGALLS INDUSTRIES, INC., f/k/a Northrup Grumman Shipbuilding, Inc.

      Petitioner

v.

RICKY N. EASON; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

      Respondents

_____

O R D E R

_____

The court grants the Director's motion for extension and leave to file a separate brief and extends the time for filing the response brief to 11/28/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk