UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

Record No. 14-1698
_____


HUNTINGTON INGALLS INCORPORATED,

Petitioner,

v.

RICKY N. EASON;
DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT
OF LABOR,

Respondents.

_____


**PETITIONER'S MOTION FOR LEAVE
TO FILE CORRECTED OPENING BRIEF**


Jonathan H. Walker, Esquire
Mason, Mason, Walker & Hedrick, P.C.
11848 Rock Landing Drive, Suite 201
Newport News, VA 23606
(757) 873-3909, phone
(757) 873-1781, fax
Email:  jwalker@masonwalker.com

## MOTION FOR LEAVE
## TO FILE CORRECTED OPENING BRIEF

Comes now Huntington Ingalls Incorporated, the Petitioner in this case, and respectfully seeks leave of court to file a corrected opening brief, pursuant to FRAP Rule 27 and Local Rule 27.

The Petitioner wishes to make several essential corrections, most of which are typographical in nature.

The Petitioner has consulted each of the Respondents in this case pursuant to Local Rule 27(a), and has determined that no objection exists to this motion.

The corrections include the following:

1) Inserting "loss of" into the Statement of the Issue on page 2;

2) Inserting missing quotation marks on page 8, and inserting the word "review" to complete the phrase, "Benefits Review Board";

3) To remove an inserted blank page between pages 8 and 9;

4) To include a pair of parentheses on page 9 in the last paragraph;

5) To include the words "and total" after the word "partial" on page 22;

6) To include a missing "t" in the word "the" on page 28;

7) To replace "8(c)(22)" with the phrase "section 22 of the Act" on page 29;

8) To include the letters "d" and "e" in the word "determination" on page 30;

9) To correct and clarify quoted text on page 32, which presently appears mistakenly as argument text.

Because these changes are several, and an *errata* would render a review of the brief distracting, the Petitioner respectfully seeks leave of court to file the corrected opening brief.

Respectfully submitted,

HUNTINGTON INGALLS INCORPORATED,

_____/s/_____
Jonathan H. Walker, Esquire
*Counsel for the Petitioner*
VSB No.:  24300
Mason, Mason, Walker & Hedrick, P.C.
11848 Rock Landing Drive, Suite 201
Newport News, VA 23606
Phone:  (757) 873-3909
Fax:  (757) 873-1781
Email:  jwalker@masonwalker.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 11, 2014, the foregoing Motion for Leave to File Corrected Opening Brief was served on all parties or their counsel of record through the CM/ECF system which sends notifications of such filing to counsel of record as follows:

Gregory E. Camden, Esquire
Montagna Klein Camden, LLP
425 Monticello Ave.
Norfolk, VA 23510
gcamden@mkclawyers.com
Counsel for the Respondent-Employee, Ricky N. Eason

Matthew Boyle, Esquire
Mark A. Reinhalter, Esquire
U. S. Department of Labor
Office of the Solicitor
200 Constitution Ave., NW
Suite N-2117
Washington, DC 20210
boyle.matthew@dol.gov
reinhalter.mark@dol.gov
Counsel for the Respondent, Director, OWCP

        By:  _____/s/_____
        Jonathan H. Walker, Esquire (VSB No. 24300)
        Mason, Mason, Walker & Hedrick, P.C.
        11848 Rock Landing Drive, Suite 201
        Newport News, VA 23606
        Telephone:  (757) 873-3909
        Facsimile:   (757) 873-1781
        jwalker@masonwalker.com