FILED: December 11, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1698

(13-0573)

_____

HUNTINGTON INGALLS INDUSTRIES, INC., f/k/a Northrup Grumman Shipbuilding, Inc.

       Petitioner

v.

RICKY N. EASON; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

       Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file a corrected opening brief, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk