# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 14, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.   14-1698,      Huntington Ingalls Industries v. Ricky Eason
                    13-0573

TO:   Jonathan Henry Walker

MOTION DUE:  August 17, 2015

Please file the motion identified below by the due date indicated using the **MOTION** entry.

_____

[ X] **MOTION / extend filing time** for bill of costs. Counsel for a prevailing party seeking costs must file bill of costs form within 14 days after entry of judgment.


Jeffrey S. Neal, Deputy Clerk
804-916-2729