# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

### Record No. 14-1698
_____

**HUNTINGTON INGALLS INCORPORATED,**

Petitioner,

v.

**RICKY N. EASON;
DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT
OF LABOR,**

Respondents.

_____

### PETITIONER'S MOTION FOR LEAVE
### TO EXTEND THE FILING TIME FOR BILL OF COSTS

Jonathan H. Walker, Esquire
Mason, Mason, Walker & Hedrick, P.C.
11848 Rock Landing Drive, Suite 201
Newport News, VA 23606
(757) 873-3909, phone
(757) 873-1781, fax
Email:  jwalker@masonwalker.com

# MOTION FOR LEAVE
# TO EXTEND THE FILING TIME FOR BILL OF COSTS

Comes now Huntington Ingalls Incorporated, the Petitioner in this case, and respectfully seeks leave of court to extend the filing time for its bill of costs.

Counsel for the Petitioner understood that the judgement entered on June 2, 2015, would not take effect until a mandate was issued by the court.  The Mandate, filed August 10, 2015, states "the Judgment of this court, entered on June 2, 2015, takes effect today."  The Petitioner respectfully seeks leave of court for an extension of time within which to file its Bill of Costs.

Respectfully submitted,

HUNTINGTON INGALLS
INCORPORATED,

_____/s/_____
Jonathan H. Walker, Esquire
*Counsel for the Petitioner*
VSB No.:  24300
Mason, Mason, Walker & Hedrick, P.C.
11848 Rock Landing Drive, Suite 201
Newport News, VA 23606
Phone:  (757) 873-3909
Fax:  (757) 873-1781
Email:  jwalker@masonwalker.com

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on August 17, 2015, the foregoing Petitioner's Motion for Leave to Extend the Filing Time for Bill of Costs was served on all parties or their counsel of record through the CM/ECF system which sends notifications of such filing to counsel of record as follows:

Gregory E. Camden, Esquire
Montagna Klein Camden, LLP
425 Monticello Ave.
Norfolk, VA 23510
gcamden@mkclawyers.com
Counsel for the Respondent-Employee, Ricky N. Eason

Matthew Boyle, Esquire
Mark A. Reinhalter, Esquire
U. S. Department of Labor
Office of the Solicitor
200 Constitution Ave., NW
Suite N-2117
Washington, DC 20210
boyle.matthew@dol.gov
reinhalter.mark@dol.gov
Counsel for the Respondent, Director, OWCP

        By: _____/s/_____
Jonathan H. Walker, Esquire (VSB No. 24300)
Mason, Mason, Walker & Hedrick, P.C.
11848 Rock Landing Drive, Suite 201
Newport News, VA 23606
Telephone: (757) 873-3909
Facsimile: (757) 873-1781
jwalker@masonwalker.com