# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 28, 2015

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Ricky N. Eason
           v. Huntington Ingalls Industries, Inc., fka Northrup Grumman
           Shipbuilding, Inc., et al.
           No. 15-551
           (Your No. 14-1698)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 26, 2015 and placed on the docket October 28, 2015 as No. 15-551.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Melissa Blalock
    Case Analyst